Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS OF WESTERN WASHINGTON INDIVIDUAL ACCOUNT PENSION TRUST; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>     Plaintiffs,<br> v.<br><br>ARRIBA CONSTRUCTION, INC., a Washington corporation,<br><br>     Defendant. | Cause No. 15-cv-5303 KLS<br><br>ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on plaintiffs Carpenters Health and Security Trust of Western Washington; Carpenters Retirement Trust of Western Washington; Carpenters of Western Washington Individual Account Pension Trust; Carpenters-Employers Vacation Trust of Western Washington; and Carpenters-Employers Apprenticeship and Training Trust of Western Washington's (the "Carpenters Trusts") motion for entry of default judgment. The Court has considered the motion, supporting papers with attached exhibits, the pleadings on file, and ORDERS:

ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT – 1
15-cv-5303 KLS

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

1. The Carpenters Trusts' motion for entry of default judgment is GRANTED;

2. The Court finds the defendant Arriba Construction, Inc. is liable to the Carpenters Trusts for the period January 1, 2014 through May 31, 2015, for: (i) $22,931.85 in fringe benefit contributions ($26,525.85 in audit contributions less $3,594.00 recovered on a contractor's bond); (ii) $3,183.10 in liquidated damages; (iii) $2,396.16 in audit interest; (iv) $1,057.50 in accounting fees; and (v) $1,132.93 in accrued, pre-judgment interest from the date of the amended audit to the date of hearing in this matter;

3. The Court finds the defendant Arriba Construction, Inc. is liable to the plaintiff Trust Funds for $5,000.00 in attorney fees and $489.90 in costs directly related to this action;

4. This judgment shall bear interest at 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g); and

5. The Clerk of the Court is directed to enter judgment against defendant Arriba Construction, Inc. consistent with this order.

Dated: February 5th day of February, 2016.

Karen L. Strombom
United States Magistrate Judge

Presented by:

Jeffrey G. Maxwell, WSBA #33503
Ekman Thulin, P.S.
220 W Mercer Street, Suite 400
Seattle, Washington 98119
(206) 282-8221 (t)
(206) 285-4587 (f)
j.maxwell@ekmanthulin.com

Attorneys for the Plaintiff Carpenters Trusts

ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT – 2
15-cv-5303 KLS

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221